```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                      CENTRAL DIVISION at LEXINGTON
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff-Respondent, | )   Criminal Case No. |
| v. | )   5:10-cr-78-JMH-CJS |
|  | )   5:12-cv-7202-JMH-CJS |
| CHARLES EDWARD HUTSELL, | )   **MEMORANDUM OPINION** |
| Defendant-Petitioner. | )           **AND ORDER** |

*** 

In accordance with this Court's Memorandum Opinion and Order of even date and entered contemporaneously herewith, **IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED:**

(1) that Petitioner's request in his § 2255 Motion for sentence reduction having been recently adjudicated, [DE 745], all remaining claims in Petitioner's Motion to Vacate, Set Aside, or Correct his sentence pursuant to 28 U.S.C. § 2255 [DE 519] be, and the same hereby is, **DENIED**;

(2) that no certificate of appealability will issue;

(3) that this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY**; and

(4) that this action be, and the same hereby is, **DISMISSED WITH PREJUDICE** and **STRICKEN FROM THE ACTIVE DOCKET**.

This the 20th day of February, 2015.



Signed By:

_Joseph M. Hood_   *JMH*

Senior U.S. District Judge